THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Joseph Denario
 Taylor, Appellant.
 
 
 

Appeal From Florence County
Michael G. Nettles, Circuit Court Judge
Unpublished Opinion No. 2009-UP-462
Submitted October 1, 2009  Filed October
 12, 2009    
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Edgar L. Clements, III, of Florence, for
 Respondent.
 
 
 

PER CURIAM: Joseph
 Denario Taylor appeals his guilty plea under North Carolina v. Alford,
 400 U.S. 25 (1970), arguing the trial court erred by accepting his plea without inquiring into and seeking to resolve the conflict
 between his waiver of a trial and his claim of innocence.  After a thorough review of the record, counsel's brief,
 and Taylor's pro se brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
HUFF, THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.